

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                      :     INDICTMENT

ROBERT JOHNSON,                     :     08 Cr. ____

           Defendant.            :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1.  From at least in or about January 2008 through and including on or about May 23, 2008, in the Southern District of New York and elsewhere, ROBERT JOHNSON, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that ROBERT JOHNSON, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

#### Overt Act

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others,

was committed in the Southern District of New York:

      a.  On or about May 23, 2008, ROBERT JOHNSON, the defendant, sold a quantity of crack cocaine to another individual.

      (Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

    4.  On or about May 23, 2008, in the Southern District of New York, ROBERT JOHNSON, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 1.7 grams of mixtures and substances containing a detectable amount of cocaine base, in the form commonly known as "crack."

      (Title 21, United States Code, Sections 812,
          841(a)(1), and 841(b)(1)(C);
      Title 18, United States Code, Section 2.)

_____         _____
FOREPERSON                             MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT JOHNSON,

Defendant.

INDICTMENT

08 Cr. ____

(Title 21, United States Code, Sections
846, 812, 841 (a)(1), 841 (b)(1)(A), 841
(b)(1)(C), and Title 18, United States Code,
Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

*8/4/08 Filed Indictment. Case assigned to Judge Pauley.*
*S/Mg. Judge Katz*